In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-312 CR


____________________



THE STATE OF TEXAS, Appellant



V.



ROBERT EARL BAILEY, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 03-03-02180-CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, The State of Texas, to
withdraw its appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by the district
attorney. No opinion has issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM

Opinion Delivered March 25, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.